UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2361-GW-BFMx | Date | October 16, 2025 |
|---|---|---|---|
| Title | *Construction Laborers Trust Funds for Southern California Administrative Company v. Eduardo Enrique Solis, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present                                             None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [37] was filed on October 16, 2025. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed. The Court sets an order to show re: settlement hearing for December 18, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 16, 2025.

:

Initials of Preparer    JG