UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ENRIQUE SOLIS dba S AND S CONSTRUCTION CO., and SOLIS AND SONS CORP., and AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>Defendants. | **CASE NO. CV 25-2361 GW-BFMx**<br><br>**JUDGMENT AGAINST DEFENDANTS EDUARDO ENRIQUE SOLIS dba S AND S CONSTRUCTION CO, and SOLIS AND SONS CORP.** |

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF") and Defendants Eduardo Enrique Solis, dba S and S Construction Co., and Solis and Sons Corp, ("Defendants") have filed a stipulation for entry of judgment on Plaintiff's first claim for relief, and for dismissal of Plaintiff's second, third, and fourth claims for relief ("Stipulation"), which together fully disposes of this lawsuit. The Court, having considered the Stipulation and finding good cause therefor, hereby enters judgment as follows:

1.  **JUDGMENT IS ENTERED ON CLAIM ONE IN FAVOR OF THE PLAINTIFF**, CLTF, an administrator of, agent for collection for, fiduciary to, and on behalf of certain employee benefit plans, including the Laborers Vacation, Holiday, and Sick Pay Trust Fund; Construction Laborers Pension Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Laborers Health and Welfare Trust Fund for Southern California; Fund for Construction Industry Advancement; Center for Contract Compliance; Laborers Contract Administration Trust Fund For Southern California; Laborers' Trusts Administrative Trust Fund for Southern California; and Southern California Partnership for Jobs Trust Fund (collectively "Trust Funds") and **AGAINST DEFENDANTS EDUARDO ENRIQUE SOLIS dba S AND S CONSTRUCTION CO., and SOLIS AND SONS CORP, JOINTLY AND SEVERALLY IN THE AMOUNT OF $519,230.30** (consisting of the following for the period May 1, 2021 through December 31, 2023: $349,074.46 in monthly contributions, $79,317.38 in liquidated damages, $280.00 in NSF fees, and $91,602.58 in interest (through October 3, 2025), and accounting for a $3,000 credit on Defendants' account.

2.  The monetary judgments issued hereby in paragraph 1 above shall not, and do not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including Plaintiff on behalf of the Trust Funds or any individual Trust Fund) to determine via audit and collect any amounts due, but not presently known to be due, by Defendants that are not encompassed by the Stipulated Judgment, including for any time period other than May 1, 2021 through December 31, 2023.

Dated: October 23, 2025

_____
HON. GEORGE H. WU,
United States District Judge